[No. 29085-1-I.   Division One.   April 19, 1993.]

ALEXANDER & ALEXANDER OF WASHINGTON, INC.,
*Appellant*, v. ALL ALASKAN SEAFOODS, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-14138-8, Robert H. Alsdorf, J., entered
August 2, 1991. *Affirmed in part* and *reversed in part* by
unpublished opinion per Forrest, J., concurred in by Pekelis,
A.C.J., and Grosse, J.

[No. 29166-1-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
HENRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02715-1, Mary Wicks Brucker, J., entered
September 5, 1991. *Remanded* with instructions by unpub-
lished opinion per Forrest, J., concurred in by Pekelis, A.C.J.,
and Grosse, J.